# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SUCCESSFACTORS, INC.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**SOFTSCAPE, INC., and DOES 1-10, inclusive,**<br><br>**Defendants.** | **CIVIL NO. 08-00155 (FAB)** |

## NOTICE OF APPEARANCE AND MOTION FOR AN EXTENSION OF TIME

**TO THE HONORABLE COURT:**

  **COMES NOW** third-party New Millenium Shoe ("NMS") and through the undersigned attorney very respectfully states and prays:

  1. Third-party NMS has retained undersigned counsel to represent it in the captioned matter. It is respectfully requested that notice be taken of the undersigned's appearance and that all documents, papers and pleadings be served at the address below:

> Luis F. del Valle-Emmanuelli
> P.O. Box 79897
> Carolina, Puerto Rico 00984-9897
> Tel 787.791.1818
> Fax 787.791.4260
> **dvelawoffices@onelinkpr.net**

  2. Undersigned counsel will jointly represent NMS in the captioned matter with:

> Luis F. Juarbe-Jiménez
> Báez & Juarbe
> 618 Barbosa Avenue
> Barbosa Building, Suite 103
> Hato Rey, Puerto Rico 00918
> Tel 787.758.8029
> Fax 787.754.0109
> lfjuarbe@baez&juarbe.com

  3. NMS is the target of a motion filed by SuccessFactors, Inc., on August 11, 2008 (docket entry 1), seeking to compel NMS to produce a myriad of documents. The opposition

response is due by August 27, 2008.

4. NMS respectfully requests an extension of time of ten (10) days so the undersigned may have sufficient time to fully review the matter and be in a position to draft a response brief on its behalf. NMS respectfully submits that the extension of time requested will not cause prejudice or unduly delay these proceedings, and will allow the third-party's counsel to become acquainted with the issues.

**WHEREFORE**, third-party New Millenium Shoe very respectfully requests that notice be taken of the appearance of both their counsel and further requests that an extension of ten (10) days, or until September 4, 2008, be granted to file an opposition to SuccessFactors, Inc.'s motion to compel (docket entry 1).

**I HEREBY CERTIFY** that on August 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to **Roberto A. Cámara-Fuertes**, Fiddler, González & Rodríguez, P.O. Box 363507, San Juan, Puerto Rico 00936-3507 and all CM/ECF participants in the case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 20th day of August, 2008.

*DEL VALLE-EMMANUELLI LAW OFFICES*
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.791.1818
Fax 787.791.4260


S/Luis F. del Valle_____
LUIS F. DEL VALLE-EMMANUELLI
USDC NO. 209514
dvelawoffices@onelinkpr.net