IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SUCCESSFACTORS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SOFTSCAPE, INC., et al., <br><br> Defendants. | MISC. NO. 08-mc-00155-FAB-JA <br> related to <br> CIVIL NO. CV 08-1376 CW (BZx) <br> (N.D. Cal.) |

## **PLAINTIFF SUCCESSFACTORS, INC.'S INFORMATIVE MOTION**

TO THE HONORABLE COURT:

Plaintiff SuccessFactors, Inc. ("SuccessFactors") through undersigned local counsel respectfully notifies that on Tuesday, September 2, 2008, it served the attached subpoenas for production of records upon the Department of Labor of Puerto Rico (Attachment 1), Department of the Treasury of Puerto Rico (Attachment 2), the Municipality of Bayamon (Attachment 3) and the Municipality of San Juan (Attachment 4).

Respectfully submitted. San Juan, Puerto Rico, this 3rd day of September 2008.

I CERTIFY that on this same date, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system which will send an automatic electronic notification of such filing to all counsel of record.

FIDDLER, GONZALEZ & RODRIGUEZ
P. O. Box 363507
San Juan, P. R.  00936-3507
Tel:  (787) 759-3162 /Facsimile:  (787) 759-3109
E-Mail:  dramos@fgrlaw.com

SuccessFactors' Mot. to Compel Page - 1 -

                          /s/   *Diego A. Ramos*_____
                                 Diego A. Ramos (127513)

I FURTHER CERTIFY that copy of the foregoing was served today by e-mail and regular mail upon counsel for third-party New Millenium Shoe Company, Ronald M. Davids, at Davids & Cohen, P.C., 40 Washington Street, Suite 20, Wellesley, Massachusetts 02481, counsel for Defendants Softscape Inc., Robert Taylor, Jeffrey M. Ratinoff and Bryan J. Sinclair, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, PC, 1400 Page Mill Road, Palo Alto, California 94304-1124, and lead outside counsel for Plaintiff SuccessFactors, Inc., Laurence F. Pulgram, Fenwick & West, L.L.P., 555 California Street, 12th Floor, San Francisco, California 94104.

San Juan, Puerto Rico, this 3rd day of September 2008.

                          /s/   *Diego A. Ramos*_____
                                   Diego A. Ramos (127513)