## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SUCCESSFACTORS, INC.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**SOFTSCAPE, INC., and DOES 1-10, inclusive,**<br><br>**Defendants.** | **MISC. CIVIL NO. 08-00155 (FAB/JA)** |

### INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

 **COMES NOW** third-party New Millenium Shoe, Corp. ("NMS") and through the undersigned attorney very respectfully states and prays:

 1. Pursuant to the court´s order (docket entry 10) entered in the instant matter, third-party NMS has served a written response to the twelve (12) document categories, comprehending the time period of January 1, 2006 to the present, as requested in the third-party *Subpoena* that was issued by SuccessFactors, Inc., on or about May 16, 2008.[1] The response was accompanied by a production of documents Bates Stamped 001 to 071.

 2. The documents were Bates Stamped and referenced in the written response in compliance with Fed. R. Civ. P. 45(d), which allows a person responding to a subpoena to organize and label them to correspond with the categories in the demand.

 **I HEREBY CERTIFY** that on August 20, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to **Diego A. Ramos & Roberto A. Cámara-Fuertes**, Fiddler, González & Rodríguez, P.O. Box 363507, San Juan, Puerto Rico 00936-3507 and all CM/ECF participants in the case.

---

 1 Evidence of service is attached.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 18th day of September, 2008.

*DEL VALLE-EMMANUELLI LAW OFFICES*
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.791.1818
Fax 787.791.4260


S/Luis F. del Valle_____
LUIS F. DEL VALLE-EMMANUELLI
USDC NO. 209514
dvelawoffices@onelinkpr.net