IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **SUCCESSFACTORS, INC.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**SOFTSCAPE, INC., and DOES 1-10, inclusive,**<br><br>**Defendants.** | **MISC. CIVIL NO. 08-00155 (FAB/JA)** |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

    **COMES NOW** third-party New Millenium Shoe, Corp. ("NMS") and through the undersigned attorney very respectfully states and prays:

    1.    Pursuant to this Court´s order of October 8, 2008 (docket entry 13), it is hereby informed that insofar as third-party NMS is concerned, a resolution in this matter was reached on September 18, 2008, when NMS served upon SuccessFactors, Inc., a written response to the twelve (12) document categories in the third-party *Subpoena*, comprehending the time period of January 1, 2006 to the present. The response was accompanied by a production of documents Bates Stamped 001 to 071, which were referenced in the written response in compliance with Fed. R. Civ. P. 45(d.

    2.    At present, there has been no reaction from SuccessFactors, Inc., to the order of October 8, 2008. NMS informs that this matter should be deemed closed without further event.

    **I HEREBY CERTIFY** that on October 21, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to **Diego A. Ramos & Roberto A. Cámara-Fuertes**, Fiddler, González & Rodríguez, P.O. Box 363507, San Juan, Puerto Rico 00936-3507 and all CM/ECF participants in the case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico this 21st day of October, 2008.

*DEL VALLE-EMMANUELLI LAW OFFICES*
P.O. Box 79897
Carolina, Puerto Rico 00984-9897
Tel. 787.791.1818
Fax 787.791.4260


S/Luis F. del Valle_____
LUIS F. DEL VALLE-EMMANUELLI
USDC NO. 209514
dvelawoffices@onelinkpr.net